FILED

AUG 19 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:26CR00400-MAL RHH |
| vs. | ) | |
| | ) | |
| DOUGLAS STOWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

At all times pertinent to the charges in this indictment:

1. Federal law defines the term

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

(b) " sexually explicit conduct" to mean actual or simulated--

(i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

(ii) bestiality,

(iii) masturbation,

(iv) sadistic or masochistic abuse, or

(v) lascivious exhibition of the genitals, anus or pubic area of any person (18 U.S.C §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any

data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where-

(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. On or between about September 2024 and June 2025, in the Eastern District of Missouri and elsewhere,

**DOUGLAS STOWELL,**

the defendant herein, did use any facility and means of interstate commerce to knowingly attempt to persuade, induce, entice and coerce Minor Victim One, a 12-year old minor, to engage in sexual activity for which any person could be charged with a criminal offense, to wit: attempted sexual exploitation of a minor, which was a criminal offense under Mo. Rev. Stat. § 573.023, and committed a substantial step thereof.

In violation of Title 18, United States Code, Section 2422(b).

**COUNT II**

The Grand Jury further charges that:

4. The allegations contained in paragraphs 1 and 2 of Count I of this Indictment are

incorporated by reference as if fully set forth herein.

5. On or between about September 2024 and June 2025, in the Eastern District of Missouri and elsewhere,

**DOUGLAS STOWELL,**

the defendant herein, did, by means of interstate commerce, knowingly transfer obscene material to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, and the obscene material included but is not limited to the following: the Defendant sent to Minor Victim One a graphic image of the Defendant's penis.

In violation of Title 18, United States Code, Section 1470.

## COUNT III

The Grand Jury further charges that:

6. The allegations contained in paragraphs 1 and 2 of Count I of this Indictment are incorporated by reference as if fully set forth herein.

7. On or between about September 2024 and June 2025, in the Eastern District of Missouri and elsewhere,

**DOUGLAS STOWELL,**

the defendant herein, did knowingly employ, use, persuade, induce, entice and coerce Minor Victim Two, a minor, to engage in sexually explicit conduct, specifically, Minor Victim Two masturbating while the Defendant video recorded the sexually explicit conduct, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, and such depictions were produced using materials that traveled in interstate and foreign commerce, to wit, an Apple iPhone cell phone, that had been mailed, shipped, or transported in interstate and foreign commerce,

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

**COUNT IV**

The Grand Jury further charges that:

8. The allegations contained in paragraphs 1 and 2 of Count I of this Indictment are incorporated by reference as if fully set forth herein.

9. On or between about September 2024 and June 2025, in the Eastern District of Missouri and elsewhere,

**DOUGLAS STOWELL,**

the defendant herein, did knowingly receive images of child pornography using any means or facility of interstate and foreign commerce, that is, the defendant received graphic image and video files using an Apple iPhone and the Internet, and which contained child pornography, including, but not limited to the following:

a. "a06c877a-5443-4d190be72-flc0b8a02159.mp4" - a graphic video file that depicts, in part, Minor Victim Two digitally penetrating her vagina.

In violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT V**

The Grand Jury further charges that:

10. The allegations contained in paragraphs 1 and 2 of Count I of this Indictment are incorporated by reference as if fully set forth herein.

11. On or between about September 2024 and June 2025, in the Eastern District of Missouri and elsewhere,

**DOUGLAS STOWELL,**

the defendant herein, did use any facility or means of interstate or foreign commerce to knowingly

persuade, induce, entice, and coerce Minor Victim Three, a minor, to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the federal criminal offenses of production, distribution, receipt and possession of child pornography.

In violation of Title 18, United States Code, Section 2422(b).

**COUNT VI**

The Grand Jury further charges that:

12. The allegations contained in paragraphs 1 and 2 of Count I of this Indictment are incorporated by reference as if fully set forth herein.

13. On or between about September 2024 and June 2025, in the Eastern District of Missouri and elsewhere,

**DOUGLAS STOWELL,**

the defendant herein, did knowingly receive images of child pornography using any means or facility of interstate and foreign commerce, that is, the defendant received graphic image and video files using an Apple iPhone and the Internet, and which contained child pornography, including, but not limited to, the following:

a. "snap~media_v4~2025-02-20-06-35-18UTC~strawberry19540~doug~a5505~saved~b~EiASFTG" - a graphic video file that depicts, in part, Minor Victim Three penetrating her vagina with a foreign object.

In violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT VII**

The Grand Jury further charges that:

14. The allegations contained in paragraphs 1 and 2 of Count I of this Indictment are incorporated by reference as if fully set forth herein.

15. On or between about September 2024 and June 2025, in the Eastern District of Missouri and elsewhere,

**DOUGLAS STOWELL,**

the defendant herein, did use any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, and coerce Minor Victim Four, a minor, to engage in sexual activity for which any person can be charged with a criminal offense, to wit, the federal criminal offenses of production, distribution, receipt and possession of child pornography,

In violation of 18 Title 18, United States Code, Section 2422(b).

**COUNT VIII**

The Grand Jury further charges that:

16. The allegations contained in paragraphs 1 and 2 of Count I of this Indictment are incorporated by reference as if fully set forth herein.

17. On or between about September 2024 and June 2025, in the Eastern District of Missouri and elsewhere,

**DOUGLAS STOWELL,**

the defendant herein, did knowingly receive images of child pornography using any means or facility of interstate and foreign commerce, that is, the defendant received graphic image and video files using an Apple iPhone and the Internet, and which contained child pornography, including, but not limited to, the following:

a. "3fbc4a50-ec7c-48ba-a00b-eb9b2b7313d8.mp4", a graphic video file depicting Minor Victim Four digitally penetrating her vagina.

In violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT IX**

The Grand Jury further charges that:

18. The allegations contained in paragraphs 1 and 2 of Count I of this Indictment are incorporated by reference as if fully set forth herein.

19. On or between about September 2024 and June 2025, in the Eastern District of Missouri and elsewhere,

**DOUGLAS STOWELL,**

the defendant herein, did knowingly receive images of child pornography using any means or facility of interstate and foreign commerce, that is, the defendant received graphic image and video files using an Apple iPhone and the Internet, and which contained child pornography, including, but not limited to the following:

a. "d9d6ffcd-a428-4b0d-8ad8-fdec9ed82f8.mp4" - a graphic video file that depicts, in part, Minor Victim Five, a minor, digitally penetrating her vagina,

In violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT X**

The Grand Jury further charges that:

20. The allegations contained in paragraphs 1 and 2 of Count I of this Indictment are incorporated by reference as if fully set forth herein.

21. On or between about September 2024 and June 2025, in the Eastern District of Missouri and elsewhere,

**DOUGLAS STOWELL,**

the defendant herein, did use any facility and means of interstate commerce to knowingly attempt to persuade, induce, entice and coerce Minor Victim Six, a 12-year old minor, to engage in sexual activity for which any person could be charged with a criminal offense, to wit: attempted sexual exploitation of a minor, which was a criminal offense under Mo. Rev. Stat. § 573.023, and committed a substantial step thereof.

In violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 2253(a), upon conviction of an offense in violation of Title 18, United States Code, Section 2252A as set forth in Counts IV, VI, VIII, IX, and X, the defendant shall forfeit to the United States of America: any visual depiction as described in Sections 2251, 2251A, 2252, 2252A or 2260 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

2. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Sections 1470, 2251, 2422, as set forth in Count I, II, III, V, VII, the defendant shall forfeit to the United States of America any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

3. Specific property subject to forfeiture includes, but is not limited to: an Apple iPhone cellular telephone, and Micro Center USB drive.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

____________________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

____________________________________
SILA KARACAL, #64507MO
Assistant United States Attorney